UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**BARRY JOSEPH WALKER**
**GLORIA ANN WOODEN-WALKER**

DEBTOR

BANKRUPTCY NO.

20-11908

SECTION A

CHAPTER 7

## ORDER

Considering the Application to Have the Chapter 7 Filing Fee Waived filed by the Debtor **(P- 3 )**;

**IT IS ORDERED** *sua sponte* that a hearing on the Application to Have the Chapter 7 Filing Fee Waived filed by the Debtor **(P- 3 )** is hereby scheduled for **JANUARY 6, 2021 at 1:00 p.m.** The parties are to participate by phone and dial in at 1(888) 684-8852, access code: 9318283.

**IT IS FURTHER ORDERED** that any written objection to the Application be filed no later than seven (7) days prior to the scheduled hearing.

New Orleans, Louisiana, November 17, 2020.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE