Form cnrpfmgt

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Louisiana

Case No.: 20−11908
Chapter: 7
Section A

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Barry Joseph Walker
1328 Francis Street
Marrero, LA 70072

Gloria Ann Wooden−Walker
aka Gloria Ann Simmons, aka Gloria Ann Wooden, aka Gloria Simmons Wooden
1328 Francis Street
Marrero, LA 70072

Social Security No.:
xxx−xx−0063

xxx−xx−1454

Employer's Tax I.D. No.:

**NOTICE OF REQUIREMENT TO FILE A
STATEMENT OF COMPLETION OF COURSE IN
PERSONAL FINANCIAL MANAGEMENT
(Official Form 423)**

Notice is given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge. Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file debtor's Certification About a Financial Management Course (Official Form 423)* as described in Section 111 of the Bankruptcy Code.

The debtor(s) and/or debtor(s)' attorney is/are notified that Official Form 423 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney must file Official Form 423 within 60 days after the first date set for the meeting of creditors in a chapter 7 case, and in a chapter 11 or 13 case no later than the date when the last payment was made by the debtor as required by the plan or the filing of a motion for a discharge under Section 1141(d)(5)(B) or 1328(B) of the Bankruptcy Code. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 423, the debtor(s) must pay the full filing fee for the motion.

Dated: 2/1/21

*Sheila Booth*
Clerk of Court

*NOTE: Official Form 423 (Certification About a Financial Course) must be filed in all individual chapter 7 and chapter 13 cases, and in individual chapter 11 cases if 11 USC 1141(d)(3) applies.

United States Bankruptcy Court

Eastern District of Louisiana

| | |
|---|---|
| In re: | Case No. 20-11908-MSG |
| Barry Joseph Walker | Chapter 7 |
| Gloria Ann Wooden-Walker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 01, 2021 | Form ID: cnrpfm12 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

**Recip ID          Recipient Name and Address**
db/db              + Barry Joseph Walker, Gloria Ann Wooden-Walker, 1328 Francis Street, Marrero, LA 70072-2516

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021                    Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea M. Jeanmarie | on behalf of Debtor Barry Joseph Walker ajeanmarie@slls.org |
| Andrea M. Jeanmarie | on behalf of Debtor Gloria Ann Wooden-Walker ajeanmarie@slls.org |
| Barbara Rivera-Fulton | barbararfulton2015@gmail.com  la49@ecfcbis.com |
| Barbara Rivera-Fulton | on behalf of Trustee Barbara Rivera-Fulton barbararfulton2015@gmail.com  la49@ecfcbis.com |
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |

District/off: 053L-2 User: admin Page 2 of 2
Date Rcvd: Feb 01, 2021 Form ID: cnrpfm12 Total Noticed: 1
TOTAL: 5