# United States Bankruptcy Court
## Eastern District of Louisiana

In re: **Barry Joseph Walker / Gloria Ann Wooden-Walker**, Debtor(s)

Case No. **20-11908**
Chapter **7**

## MOTION TO AMEND BANKRUPTCY PETITION

1. Debtor(s), **Barry Joseph Walker and Gloria Ann Wooden-Walker**, commenced this case on **November 16, 2020** by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. On or about _____ debtor(s) discovered that the following information had been inadvertently omitted from his/her/their Petition:

| Schedule(s) Affected: | Change(s): |
|---|---|
| Schedule E/F Creditors who have unsecured claims | Add creditor, Union National Life Insurance Co. |

WHEREFORE, Debtor(s) pray for an Order to Amend his/her/their Bankruptcy Petition to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Dated: **February 23, 2021**

*[signature]* Barry Joseph Walker, Debtor

Dated: **February 23, 2021**

*[signature]* Gloria Ann Wooden-Walker, Co-Debtor

## ORDER

The motion of the above-named debtor(s), **Barry Joseph Walker and Gloria Ann Wooden-Walker**, to amend his/her/their Bankruptcy Petition is sustained.

It is hereby ORDERED and DECREED that the Debtor's(s') Bankruptcy Petition is amended to reflect the following changes:

| Amendment(s) to Petition: |
|---|
| Amended Schedule E/F Creditors Who Have Unsecured Claims, to add, a creditor, Union National Life Insurance Company. |

Dated: _____

_____
**U.S. BANKRUPTCY JUDGE**