UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Case NO. 20-11908 |
| BARRY JOSEPH WALKER | * | |
| GLORIA ANN WOODEN-WALKER, | * | |
|    Debtors | * | Chapter 7 |
| | * | Judge Meredith S. Grabill |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING the Motion to Amend Bankruptcy Petition filed herein on February 23, 2021, on behalf of debtors Barry Joseph Walker and Gloria Ann Wooden-Walker, **[ECF Doc. 32]**;

**IT IS HEREBY ORDERED** that the Debtors' Motion is granted and the Debtors' Bankruptcy Petition is amended to reflect the following changes:

Schedule E/F, Creditors Who Have Unsecured Claims, is amended to add the previously and inadvertently omitted creditor, Union National Life Insurance Company.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 1, 2021.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE